**In the Interest of: B.M., T.M., and C.M., Juvenile Officer, Respondents,**

**v.**

**B.M. (Mother), Appellant, B.M. (Father), Defendant.**

**Nos. WD 61732, WD 61733, WD 61734.**

Missouri Court of Appeals, Western District.

Feb. 25, 2003.

Tony Shapiro, Overland Park, KS, for Appellant, B.M.

Constance Marie Alvey, Kansas City, MO, for Respondent.

Johhn Brock Rowatt, Kansas City, MO, for Defendant, B.M.

Katherine J. Rodgers, Attorney and Guardian.

HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

**ORDER**

PER CURIAM.

The juvenile court terminated B.M.'s parental rights to her three children, B.M., Jr., T.M., and C.M. under § 211.447.4(2) and (3).[1] Appellant contends the judgment was against the weight of the evidence. Clear, cogent and convincing evidence in the record supported termination on both grounds. Affirmed. Rule 84.16(b).

---

**1.** All statutory references are to Mo.Rev.Stat. (2000), unless indicated otherwise.